THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD JONES, Appellant. [954 NYS2d 453]

The resentencing proceeding imposing a term of postrelease supervision (PRS) was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]).

Defendant's challenge to the voluntariness of the underlying 2003 guilty plea may not be raised on this appeal from the judgment of resentence (*see People v Jordan*, 16 NY3d 845 [2011]; *see also* CPL 450.30 [3]), and defendant is not entitled to specific performance of his original plea bargain, which did not mention a term of PRS (*see People v Harper*, 85 AD3d 617 [2011], *lv denied* 17 NY3d 903 [2011]). Concur—Gonzalez, P.J., Sweeny, Richter, Román and Clark, JJ.